FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 NOV -6  P 4: 59

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

LEOPOLDO RODRIGUEZ,

  Petitioner,

vs.          CIVIL ACTION NO.:CV206-075

JOSE M. VASQUEZ,

  Respondent.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Rodriguez asserts that the Magistrate Judge overlooked "the fact that his entire claim is purely" based on the contention that he is actually innocent of the crimes for which he was convicted. As the Magistrate Judge discussed in his Report, Rodriguez does not satisfy the savings clause of 28 U.S.C. § 2255; therefore, it is unnecessary to address Rodriguez's actual innocence claims. See Wofford v. Scott, 177 F.3d 1236, 1244 n.3 (11th Cir. 1999) (stating that, upon a showing that the savings clause applies to open the portal to a 28 U.S.C. § 2241 proceeding, the proper inquiry in a § 2241 proceeding is whether the petitioner can establish actual innocence of the crime for which he was convicted).

Rodriguez's Objections are without merit. The Report and Recommendation

AO 72A
(Rev. 8/82)

of the Magistrate Judge is adopted as the opinion of the Court. Respondent's Motion to Dismiss is **GRANTED**. Rodriguez's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this ____ day of _November_____, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)